No. 3054.—Pueblo, apdo., *v.* Vázquez, aplte.—C. D. Guayama. Portar armas. Enero 31, 1927. Celebrada la vista de esta apelación y apareciendo que el apelante fué acusado y condenado por el delito de portar un arma prohibida por-

que conducía o portaba una hachuela de carpintero: no siendo tal instrumento de los prohibidos por la ley No. 14 de 25 de junio de 1925 en relación con el artículo primero de la de 1905 y vistos los casos de *El Pueblo* v. *Cruz* y de *El Pueblo* v. *Colón*, 34 D.P.R. 315 y 944, respectivamente, se revocó la sentencia apelada y absolvió al acusado.